OJB/ BAK/2010R00733/2014R00375

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Madeline Cox Arleo |
| v. | Crim. No. 14-220 |
| JUSTIN CARNEGIE, a/k/a "Dew Hi," a/k/a "Dew," a/k/a "D," | <u>ENHANCED PENALTY INFORMATION</u> |

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney for the District of New Jersey charges:

1.  On or about September 19, 2011, defendant JUSTIN CARNEGIE, a/k/a "Dew Hi," a/k/a "Dew," a/k/a "D," was convicted, under indictment number 10-06-01594-I, in the New Jersey Superior Court, namely, distribution of a controlled dangerous substance, based upon a guilty plea, which is a crime punishable by imprisonment exceeding one year under the laws of the State of New Jersey.

2.  The conviction identified in the foregoing paragraph became final prior to the participation of defendant JUSTIN CARNEGIE, a/k/a "Dew Hi," a/k/a "Dew," a/k/a "D," in the commission of the offenses alleged in Count Eighteen and Count Twenty of the Sixth Superseding Indictment in this case.

3. By virtue of the foregoing, defendant JUSTIN CARNEGIE, a/k/a "Dew Hi," a/k/a "Dew," a/k/a "D," is subject to enhanced penalties pursuant to the provisions of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1).

*[signature]*

PAUL J. FISHMAN
UNITED STATES ATTORNEY