# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK                                                                  **Date:** 6/27/17

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                                      **Docket No.** 14-cr-220(MCA)-7

U.S.A. v. JUSTIN CARNEGIE

**Appearances:**

Osmar Benvenuto, AUSA, for the Government
John Roberts, Esq., for defendant

**Nature of proceedings**: CHANGE OF PLEA

Ordered defendant sworn.
Deft. advised of rights.
Defendant retracts plea of not guilty and enters a plea of guilty to Counts 1, 13, 14, 18 and 20 of the Sixth Superseding Indictment.
Rule 11 form filed.
Plea Agreement filed.
ORDERED sentence date set for 10/10/17 at 11:00 a.m.
ORDERED continued detention.

Time Commenced <u>12:15 p.m.</u>
Time Adjourned <u>12:45 p.m.</u>

                                                                             *Amy Andersonn*
                                                                             Deputy Clerk