# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-3743

USA v. Justin Carnegie

(U.S. District Court No.: 2-14-cr-00220-007)

## ORDER

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 19, 2020
PDB/cc: Mark E. Coyne, Esq.
       Tieffa N. Harper, Esq.
       Mr. William T. Walsh,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate